UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

QUINTAURUS JOHNSON,

Plaintiff,

v. Case No.: 8:24-cv-02195-WFJ-NHA

FLORIDA DEPAREMENT OF JUVENILE JUSTICE, et al,

Defendants.
_______________________________________/

**ORDER**

Plaintiff Quintaurus Johnson, proceeding in this action without a lawyer, sues his employer, the Florida Department of Juvenile Justice (DJJ), along with its employees Andrew Correa, Matthew Clark, Rose Ardito, Paul Sheffer, and Sean Skillern. Am. Compl. (Doc. 36). Plaintiff filed motions to enforce the Court's prior order (Doc. 83) and overrule Defendants' objections to Plaintiff's requests for admission (Doc. 85). I held a hearing on the motions on August 14, 2025. Doc. 90. For the reasons stated at the hearing, I ORDER as follows:

1. Plaintiff's motion to enforce the Court's prior order (Doc. 83) is granted in part, and denied in part:

a. The motion is GRANTED to the extent that, on or before August 26, 2025,[1] Defendant DJJ must:

   i. Meaningfully confer with Plaintiff either in-person or on the phone as to what metadata Plaintiff needs for the documents produced in response to request for production 22 and provide that metadata to Plaintiff.

   ii. Re-collect and produce records responsive to request for production 24 and describe to Plaintiff, with specificity, what search terms it used and which custodians and document repositories (e.g., outlook servers, messaging files, drives, and computers) it searched.

   iii. Create a new privilege log specifying who authored each withheld document, who received the document, the date the document was authored or sent, and why the communication is being withheld as privileged.

b. The motion is DENIED AS MOOT to the extent it seeks to enforce the Court's order that Defendant answer requests for production 9, 19, 21, 22, 29, and 33.

c. The motion is otherwise DENIED.

---

[1] As I stated at the hearing, Defendant DJJ should do a rolling production, which should be completed by this date.

2. Plaintiff's motion to overrule Defendants' objections to Plaintiff's requests for admission (Doc. 85) is granted in part, and denied in part:
   a. The motion is GRANTED to the extent that Defendant Clark's objections to request for admission 27 are OVERRULED. Defendant Clark must admit or deny the request on or before August 26, 2025.
   b. The motion is DENIED AS MOOT to the extent that it seeks to overrule Defendant Clark's objections to requests for admission 1 and 38, Defendant Correas's objections to request for admission 1, and Defendant Skillern's request for admission 36.
   c. The motion is otherwise DENIED.

DONE on August 15, 2025.

Natalie Hirt Adams
NATALIE HIRT ADAMS
United States Magistrate Judge